UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:04CR531JCH |
| ) | |
| JUANITA FRANKLIN, ) | |
| ) | |
| Defendant. ) | |

**TRANSPORTATION ORDER**

**IT IS HEREBY ORDERED** that the United States Marshals Service transport defendant in custody to Southeast Missouri Community Treatment Center, Farmington, Missouri forthwith.

**IT IS FURTHER ORDERED** that the United States Marshals Service produce the defendant for all future court appearances.

_____
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of February, 2006.